BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, CA#212144
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FELIPE BARRAGAN DIAZ, and<br>GABRIEL LOPEZ MEZA<br><br>         Defendants. | NO. 1:11-CR-106 LJO<br><br>EX PARTE APPLICATION AND ORDER<br>TO DISMISS INDICTMENT |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the Indictment in the above-referenced case, without prejudice.

The defendants were indicted on or about March 10, 2011. The indictment charges the defendants with a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute Methamphetamine. There is a larger, ongoing investigation pending that the government anticipates will eventually incorporate these defendants. Therefore, the government respectfully requests leave of the court to dismiss the above-entitled Indictment without

1

prejudice.

DATED: June 1, 2011

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
United States Attorney

                                          By: /s/ Elana S. Landau
ELANA S. LANDAU
Assistant U.S. Attorney

ORDER

    IT IS HEREBY ORDERED that the Indictment, bearing case number 1:11-CR-106, and alleging a violation of 21 U.S.C. §§841(a)(1)and (b)(1)(A), is hereby DISMISSED WITHOUT PREJUDICE as to defendants FELIPE BARRAGAN DIAZ and GABRIEL LOPEZ MEZA.

    IT IS SO ORDERED.

**Dated:   June 1, 2011**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE